Certificate Number: 14912-OR-DE-031825016

Bankruptcy Case Number: 18-63328

14912-OR-DE-031825016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2018, at 10:40 o'clock PM EDT, Jonathan Abrahamsen completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: October 28, 2018

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor

Certificate Number: 14912-OR-DE-031825017

Bankruptcy Case Number: 18-63328

14912-OR-DE-031825017

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2018, at 10:40 o'clock PM EDT, Nicole Abrahamsen completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: October 28, 2018

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor