UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | | |
| | ) | Case No. **18-63328-tmr13** |
| **JONATHAN T. ABRAHAMSEN** | ) | |
| **NICOLE S. ABRAHAMSEN** | ) | Confirmation Hearing Date: **12/18/18** |
| | ) | |
| | ) | **TRUSTEE'S OBJECTION TO** |
| | ) | **CONFIRMATION AND MOTION** |
| Debtors. | ) | **TO DISMISS** |

Naliko Markel, Trustee, objects to confirmation for the reason(s) set out below:

☐ a. Plan is not feasible:

☐ b. Case not filed in good faith/Plan not proposed in good faith:

☐ c. Plan does not commit all of the debtors' excess projected disposable income pursuant to 11 U.S.C. § 1325(b)(1)(B) for the applicable commitment period:

☐ d. Plan does not meet the best interest test of 11 U.S.C. § 1325(a)(4):

☒ e. Filing/documentation is deficient: **The Trustee requests copies of the two most-recent pay advices for both Debtors.**

☒ f. Other: **Requested Plan Changes:**

**(1) Amend paragraph 4(b)(1) to add interest rates for each Snap On claim;**

**(2) Amend paragraph 15 to strike the first portion of the sentence up to and including the colon.**

Motion to Dismiss. For the above reasons, the Trustee moves the Court for an order dismissing this case.

I certify that on November 28, 2018, I served copies of the above Objection and Motion on the debtors and any debtor attorney.

DATED: November 28, 2018

/s/ Paul J. Garrick, OSB #824759, for Trustee

(PJG:ab)