UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re<br>Jonathan Todd Abrahamsen<br>Nicole Susanne Abrahamsen<br><br>Debtor(s) | Case No. 18-63328-tmr13<br><br>**FEE AND EXPENSE ITEMIZATION THROUGH 12/7/18; REQUEST FOR APPROVAL OF ATTORNEY FEES** |

*For Schedule 2 attorney fees, if the estimated fee exceeds $3,450, debtor's counsel must complete the below certification and attach an itemized statement showing the time and hourly rate applied to each service rendered. The itemization must be filed with the court not less than 1 week before the final confirmation hearing and should include all services and fees incurred through a date no earlier than 2 weeks before the confirmation hearing, even if that amount exceeds the amount sought for approval at confirmation.*

I, the undersigned debtor's attorney, whose address and phone number are Alan G. Seligson, 142 West 8th Avenue, Eugene, OR 97401, certify that, through the date stated above, I have incurred attorney fees of $ 3830.00 and expenses of $ 332.90, of which $ 1000.00 has been paid, leaving $ 3162.90 unpaid. I have contemporaneous time and expense records and have attached an itemization of my fees and expenses hereto. Consistent with the estimated attorney fees listed on the chapter 13 plan, I am requesting approval of compensation to debtor's counsel in the above amounts covering the period ☐ through confirmation ☒ through **12/07/18** to be paid pursuant to the plan.

/s/ Alan G. Seligson — 883095
Signature [Debtor(s) Attorney] — OSB #

**Alan G. Seligson**
OSB # 88309
aseligson@scslaw.org
EIN # 93-1171327

# ALAN G. SELIGSON, P.C.

**Attorney at Law**
**142 West 8th Avenue**
**Eugene, Oregon, 97401**

(541) 338-8500
Fax (541) 485-7742

**Statement as of December 7, 2018**
Statement No. 7642

Jonathan & Nicole Abrahamsen
P O Box 26525
Eugene, OR 97502

3132-001: Chapter 13

**BALANCE DUE: $ 3,162.90**

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/4/2018 | AGS | Telephone call from Jonathan regarding case background; calendar follow-up | 1.10 | 300.00 | 330.00 |
| 9/5/2018 | AGS | Draft email to client regarding required notices and information needed for initial office conference (.2 - NO CHARGE) | 0.00 | 300.00 | 0.00 |
| 9/14/2018 | AGS | Office conference with Jonathan regarding case background and documents; instructions to legal assistant regarding same | 1.40 | 300.00 | 420.00 |
| 9/14/2018 | LEG | Office conference with client and attorney Seligson regarding background documents (.5 - NO CHARGE); open file; prepare memo to file regarding case background; calendar follow-up (.5) (WM) | 0.50 | 100.00 | 50.00 |
| 9/25/2018 | AGS | Review additional background documents received from clients; instructions to legal assistant regarding same | 0.10 | 300.00 | 30.00 |
| 10/2/2018 | AGS | Review email from Jonathan regarding Nicole's job loss and retirement funds; telephone call from Jonathan regarding same, related issues (.3); prepare memo to file regarding same and calendar follow-up (.1); review letters from Snap On; instructions to legal assistant regarding same; prepare memo to file regarding additional case background and follow-up matters (.4) | 0.80 | 300.00 | 240.00 |
| 10/2/2018 | SP | Telephone call from Jonathan regarding Nicole's employment status and retirement funds; schedule phone appointment with attorney Seligson (.1 - NO CHARGE) | 0.00 | 100.00 | 0.00 |
| 10/15/2018 | SP | Telephone call from Jonathan regarding correspondence from Snap On; telephone call to Chrystal at Snap On regarding same; prepare memo to file regarding same | 0.10 | 100.00 | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/16/2018 | AGS | Telephone call from Jonathan regarding service of small claims lawsuit; credit counseling certificates; instructions to legal assistant regarding same | 0.10 | 300.00 | 30.00 |
| 10/16/2018 | SP | Office conference with Jonathan regarding Nicole's employment status (.1 - NO CHARGE); prepare preliminary draft of bankruptcy papers; calendar follow-up regarding additional information needed (3.3) | 3.30 | 100.00 | 330.00 |
| 10/17/2018 | AGS | Review email from client regarding small claims lawsuit; save same to data file; instructions to legal assistant regarding same | 0.10 | 300.00 | 30.00 |
| 10/17/2018 | SP | Review email from provider regarding credit counseling certificates; save certificates for filing; update bankruptcy papers | 0.30 | 100.00 | 30.00 |
| 10/23/2018 | SP | Review email from Jonathan regarding employment status; prepare memo to file regarding same; conference with attorney Seligson regarding same | 0.10 | 100.00 | 10.00 |
| 10/24/2018 | SP | Leave voice mail message for Jonathan regarding signing appointment for emergency petition and information needed; review voice mail message from Jonathan regarding same; calendar signing appointment (.1 - NO CHARGE) | 0.00 | 100.00 | 0.00 |
| 10/25/2018 | AGS | Review and revise bankruptcy papers for client meeting (.5); office conference with clients to review, revise and sign bankruptcy papers and Plan (2.5) | 3.00 | 300.00 | 900.00 |
| 10/25/2018 | SP | Attend office conference with clients and attorney Seligson regarding additional case background and revisions to documents [2.5 total]; [1.5 @ NO CHARGE] (1.0 billed) | 1.00 | 100.00 | 100.00 |
| 10/26/2018 | SP | Update bankruptcy papers; file emergency petition with court; calendar follow-up; draft email to clients regarding creditors' meeting | 1.00 | 100.00 | 100.00 |
| 10/29/2018 | AGS | Review Notice of Case Commencement and Order to file missing documents; calendar relevant dates and deadlines; instructions to legal assistant regarding same (.1); review special notice request filed by attorney Smith on behalf of PRA Receivables Management (.1 - NO CHARGE); revise Plan; instructions to legal assistant regarding same (.2) | 0.30 | 300.00 | 90.00 |
| 10/29/2018 | SP | Review email from provider regarding financial management certificates; file certificates with court [.2 total]; [.1 @ NO CHARGE] (.1 billed) | 0.10 | 100.00 | 10.00 |
| 10/30/2018 | AGS | Review email from Rod at OCCU regarding automatic payments; prepare memo to file regarding same and calendar follow-up; review and sign notice of automatic | 0.10 | 300.00 | 30.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | stay regarding pending state court lawsuit [.2 total]; [.1 @ NO CHARGE] (.1 billed) | | | |
| 10/30/2018 | SP | Draft and file notice of automatic stay in pending state court lawsuit; serve same | 0.30 | 100.00 | 30.00 |
| 11/2/2018 | AGS | Review unsecured proof of claims #1 and #2 filed by Sheffield Financial and Discover; prepare memo to file regarding same (.1 - NO CHARGE); telephone call from Jonathan regarding TFS Plan payment and status of pay advices; prepare memo to file regarding same and calendar follow-up (.1) | 0.10 | 300.00 | 30.00 |
| 11/2/2018 | SP | Telephone call to Jonathan requesting paystubs; prepare memo to file regarding same and calendar follow-up | 0.10 | 100.00 | 10.00 |
| 11/5/2018 | SP | Telephone call from Jonathan regarding order to file missing documents; request Nicole's projected health insurance deduction from wages; prepare memo to file regarding same and calendar follow-up | 0.10 | 100.00 | 10.00 |
| 11/6/2018 | AGS | Review unsecured proof of claim #3 filed by OneMain (.1 - NO CHARGE); review proof of claim #4 filed by Oregon Department of Revenue; prepare memo to file regarding same (.1) | 0.10 | 300.00 | 30.00 |
| 11/6/2018 | SP | Review email from Jonathan regarding Nicole's paystub and health insurance costs; calculate monthly income change | 0.20 | 100.00 | 20.00 |
| 11/7/2018 | AGS | Review Nicole's paystub and health insurance costs; update bankruptcy papers regarding same; instructions to legal assistant regarding same | 0.30 | 300.00 | 90.00 |
| 11/9/2018 | AGS | Review unsecured proof of claim #5 filed by T-Mobile; prepare memo to file regarding same (.1 - NO CHARGE); review and revise final draft of remainder of bankruptcy papers; instructions to legal assistant regarding same (.2); review email from client with Jonathan's first pay advice from new job; save same to data file; instructions to legal assistant regarding same (.1) | 0.30 | 300.00 | 90.00 |
| 11/9/2018 | SP | Revise and file remainder of bankruptcy papers and Plan with court; serve Plan (.5); telephone call from client regarding paystub and TFS for Plan payments (.1 - NO CHARGE) | 0.50 | 100.00 | 50.00 |
| 11/12/2018 | AGS | Review secured proof of claims #6 and #7 filed by Snap-on; prepare memo to file regarding potential revisions to Plan regarding same; calendar follow-up (.3); review email from Snap-on Credit regarding potential objection to confirmation; calendar follow-up (.1) | 0.40 | 300.00 | 120.00 |
| 11/13/2018 | AGS | Draft letter to clients regarding creditors' meeting and copy of filed bankruptcy papers | 0.20 | 300.00 | 60.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/13/2018 | SP | Scan and redact tax returns, income information, and bank statements; draft emails to Trustee regarding same (.2); telephone call from Jonathan regarding Plan payment sign-up thru TFS; prepare memo to file regarding same (.1 - NO CHARGE) | 0.20 | 100.00 | 20.00 |
| 11/16/2018 | AGS | Review unsecured proof of claim #8 filed by Valley Empire Collection for Numerica Credit Union (.1 - NO CHARGE) | 0.00 | 300.00 | 0.00 |
| 11/20/2018 | SP | Telephone call to Jonathan regarding creditors' meeting; access trustee's website for record of payments; prepare file for creditors' meeting | 0.30 | 100.00 | 30.00 |
| 11/21/2018 | AGS | Prepare for hearing (.1); attend creditors' meeting with clients (.8); prepare memo to file regarding same and calendar follow-up (.1) | 1.00 | 300.00 | 300.00 |
| 11/27/2018 | AGS | Review follow-up email from Snap-on Credit regarding potential objection to confirmation; prepare memo to file regarding same and calendar follow-up (.1); review proof of claim #9 and #10 filed by Merchants Credit for Sacred Heart and Peacehealth; prepare memo to file regarding same (.1 - NO CHARGE) | 0.10 | 300.00 | 30.00 |
| 11/28/2018 | AGS | Review Trustee objection to confirmation; prepare memo to file regarding same and calendar follow-up; instructions to legal assistant regarding same | 0.10 | 300.00 | 30.00 |
| 12/3/2018 | SP | Review email from Jonathan regarding additional paystubs; save same to data file; calendar follow-up | 0.10 | 100.00 | 10.00 |
| 12/6/2018 | SP | Draft email to Trustee regarding additional paystubs; prepare memo to file regarding same and calendar follow-up | 0.10 | 100.00 | 10.00 |
| 12/7/2018 | AGS | Prepare proposed order confirming plan; draft and file LBF 1306 with court with itemized billing statement; draft email to Trustee regarding same | 0.40 | 300.00 | 120.00 |
| | | | | Sub-total Fees: $ | 3,830.00 |

**Rate Summary**

| | | | | |
|---|---|---|---|---|
| Alan G. Seligson | 10.00 | hours at $ | 300.00 /hr | 3,000.00 |
| Shelli Pike | 7.80 | hours at $ | 100.00 /hr | 780.00 |
| Legal Assistant | 0.50 | hours at $ | 100.00 /hr | 50.00 |
| Total hours: | 18.30 | | | |

**Expenses**

| | | |
|---|---|---|
| 10/26/2018 | Chapter 13 filing fee paid to bankruptcy court | 310.00 |
| 10/30/2018 | Photocopies @ $.15 per page - 2 | 0.30 |

*PAYMENT IS DUE IN FULL WITHIN 30 DAYS. PAST DUE ACCOUNTS WILL BE ASSESSED A LATE FEE OF 1.5% PER MONTH.*

| | | |
|---|---|---|
| 10/30/2018 | Postage | 0.50 |
| 11/9/2018 | Photocopies @ $.15 per page - 18 | 2.70 |
| 11/9/2018 | Postage (including certified mail) | 7.74 |
| 11/13/2018 | Photocopies @ $.15 per page - 58 | 8.70 |
| 11/13/2018 | Postage | 2.96 |
| | Sub-total Expenses: $ | 332.90 |

**Payments**

| | | | |
|---|---|---|---|
| 9/14/2018 | Payment | Fee Payment - Thank You | 200.00 |
| 10/1/2018 | Payment | Fee Payment - Check #911553 - Thank You | 500.00 |
| 10/16/2018 | Payment | Fee Payment, Check #915884 - Thank You | 300.00 |
| | | **Sub-total Payments:** | **1,000.00** |

| | |
|---|---|
| Previous Balance: | 0.00 |
| Interest on Overdue Balance: | 0.00 |
| Total Current Billing: | 4,162.90 |
| Total Payments: | 1,000.00 |
| **BALANCE DUE: $** | **3,162.90** |