Daniel Ross, Bar No. 112979
Weinstein & Riley, P.S.
2001 Western Ave, Suite 400
Seattle, WA 98121
(206) 269-3490
DanielR@w-legal.com
Attorneys for Harley-Davidson Credit Corp

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Jonathan Todd Abrahamsen and Nicole Susanne Abrahamsen, *fka* Nicole Klassert, | § | Case No. 18-63328-tmr13 |
| | § | |
| | § | |
| Debtors. | § | |
| | § | |

**OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

Harley-Davidson Credit Corp (the "Creditor"), by its attorneys, Weinstein & Riley, P.S., and hereby objects to the Chapter 13 Plan proposed by the Debtors Jonathan Todd Abrahamsen and Nicole Susanne Abrahamsen (the "Debtors").

1. Debtors filed a petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") on October 26, 2018. *See* Docket No. 1.

2. On May 26, 2017, Debtor Nicole Susanne Abrahamsen borrowed $14,113.00 from Eaglemark Savings Bank, a subsidiary of Creditor, pursuant to a Promissory Note and Security Agreement (the "Note") that granted Creditor a security interest in a 2012 HARLEY-DAVIDSON FLHTK ELECTRA GLIDE ULTRA LIMI (the "Motorcycle") with a Motorcycle Identification Number of 1HD1KEM34CB628103. A copy of the Note is attached as **Exhibit A**.

3. On or around July 7, 2017, Creditor's security interest in the Motorcycle was perfected pursuant to an Oregon Vehicle Certificate of Title (the "Title"). A copy of the Title is attached as **Exhibit B**.

4. On December 10, 2018, Creditor filed a secured proof of claim, with reference to the Motorcycle, in the amount of $13,403.86. *See* Claims Register, Claim 11-1. The proof of claim includes pre-petition arrears in the amount of $720.08. *Id*.

5. On November 9, 2018, Debtors filed the Chapter 13 Plan (the "Plan"). *See* Docket No. 13. The Plan proposes to value the Motorcycle in the amount of $8,200.00 at 6.00% interest. *Id*.

6. Creditor objects to confirmation of the Plan on the grounds that the Motorcycle is not eligible for valuation under Section 506 because the Motorcycle was purchased within 910 days of the Petition date. Pursuant to 11 U.S.C. §1325(a) "section 506 shall not apply to a claim described in that paragraph if that creditor has purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910–day period preceding the date of the filing of the petition, and the collateral for that debt consists of a motor Motorcycle." 11 U.S.C.A. § 1325. Creditor has a purchase money security interest securing the motor vehicle and the debt was incurred 518 days preceding the filing of the Petition. Under Section 1325(a) the Debtors are prevented from bifurcating Creditor's secured claim on the Motorcycle. Debtor's Plan should provide for repayment of the Motorcycle in an amount consistent with the filed proof of claim, including repayment of the pre-petition arrears.

7. Creditor also objects to confirmation of the Plan on the grounds that the Plan lists an improper interest rate. Debtors have listed an interest rate of 6.00% for repayment, which does not equate to formula approach interest rate. *See Till v. SCS Credit Corp.*, 541

U.S. 465 (2004). Creditor maintains that it is entitled to an interest rate of 20.99% for repayment of the secured claim.

**WHEREFORE**, Harley-Davidson Credit Corp respectfully requests that this Honorable Court deny confirmation of the Debtors' Chapter 13 Plan and for such other relief as the Court may deem just and proper.

Dated: December 14, 2018

Respectfully Submitted,

WEINSTEIN & RILEY, P.S.

By: /s/ *Daniel Ross*
Daniel Ross, Bar No. 112979
Weinstein & Riley, P.S.
2001 Western Ave, Suite 400
Seattle, WA 98121
(206) 269-3490
DanielR@w-legal.com
Attorney for Harley-Davidson Credit Corp

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that on December 14, 2018, I electronically filed the foregoing Objection to Confirmation of Debtors' Chapter 13 Plan with the United States Bankruptcy Court for the District of Oregon by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system or were served through the United States Mail, postage prepaid, in envelopes addressed as follows:

Trustee via E-Filing
Naliko Markel
ecf@eugene13.com

U.S. Trustee via E-Filing
US Trustee, Eugene
USTPRegion18.EG.ECF@usdoj.gov

Debtors' Counsel via E-Filing
ALAN G SELIGSON
aseligson@scslaw.org

Debtors via First-Class Mail
Jonathan Todd Abrahamsen and Nicole Susanne Abrahamsen
P O Box 26525
Eugene, OR 97402

/s/ Regina Williams
Regina Williams
Legal Assistant for Daniel Ross,
Attorney for Harley-Davidson Credit Corp