Eaglemark Savings Bank

A subsidiary of Harley-Davidson Credit Corp.

EXHIBIT A

# PROMISSORY NOTE (SIMPLE INTEREST) AND SECURITY AGREEMENT ("CONTRACT")

| BORROWER Name and Mailing Address | CO-BORROWER Name and Mailing Address | LENDER Name and Address |
|---|---|---|
| NICOLE KLASSERT<br>3665 PATTISON ST<br>EUGENE, OR 97402 | | Eaglemark Savings Bank<br>P.O. Box 22048<br>Carson City, NV 89721-2048 |

**Definitions.** The words "You" and "Your" mean the Borrower/Co-Borrower(s) who sign(s) below. The words "ESB" "Lender" "We" "Us" and "Our" mean Eaglemark Savings Bank, its successors and assigns. The word "Contract" means this Promissory Note and Security Agreement. The word "Vehicle" means the motorcycle and/or motor vehicle, described more fully below.
**Promise to Pay.** You promise to pay to the Lender the Amounts Financed plus interest figured on a daily basis on the unpaid balance as set forth in this Contract and in the Truth In Lending Disclosures set forth below, together with all fees and expenses set forth in this Contract, until all amounts are paid in full.
**Payment Deferral.** Any deferral will continue to accrue interest during the deferral period.
**Where Applicable Finance Charges** will not accrue for the first N/A days of this Contract ("No Finance Charge" period).

## DESCRIPTION OF PURCHASE

| MAKE | YEAR | NEW/USED | MODEL | COLOR | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|
| HARLEY-DAVIDSON | 2012 | Used | FLHTK ELECTRA GLIDE ULTRA LIMITEI | BLACK | 1HD1KEM34CB628103 |

**Description of the body and major items of equipment sold.**

COPY

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of Your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost You. (Estimate) | AMOUNT FINANCED<br>The amount of credit provided to You or on Your behalf. | TOTAL OF PAYMENTS<br>The amount You will have paid after You have made all payments as scheduled. (Estimate) |
|---|---|---|---|
| 20.99 % | $ 10,812.68 | $ 14,113.00 | $ 24,925.68 |

**Your payment schedule will be:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | AND AS FOLLOWS: |
|---|---|---|---|
| 72 | $ 346.19 | Monthly Beginning: 06/25/2017 | Until Paid In Full |
| N/A | $ 0.00 | Monthly Beginning: N/A | N/A |

**Prepayment:** If You pay off all Your debt early, You *will not* have to pay a prepayment premium or penalty.
**Security Interest:** You are giving a security interest in the goods or property being purchased. Any of Your property securing Your other obligations to Lender also secures Your obligation under this Contract.
**Late Charge:** If any payment is more than ten (10) days late, You will be charged up to $25 or 10% of the late amount, whichever is greater, with a maximum of $50.
**Additional Information:** See Other Important Agreements, pages 3, 4 and 5, of this Contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

## ITEMIZATION OF AMOUNT FINANCED

| | | | |
|---|---|---|---|
| **1. Amount Given to You Directly** | | $ | N/A (1) |
| **2. Amount Paid on Your Account** | | $ | N/A (2) |
| **3. Amount Paid to Others on** [redacted]**half** | | | |
| A. To (Dealer Name & No [redacted] LATUS MOTORS HARLEY-DAVIDSON OF EUGENE | $ 11,595.00 (A) | | |
| B. Cost of Required Physical Damage Insurance paid to insurance company* | $ 0.00 (B) | | |
| C. Cost of Optional Service Contract*<br>To: H-D ESP w/ TW | $ 2,231.00 (C) | | |
| D. Cost of Optional Tire & Wheel Protection*<br>To: | $ 0.00 (D) | | |
| E. Cost of Optional Credit Life and/or Disability Insurance paid to insurance company* | $ 0.00 (E) | | |
| F. Cost of Optional Planned Maintenance*<br>To: | $ 0.00 (F) | | |
| G. Cost of Optional Theft Protection*<br>To: | $ 0.00 (G) | | |
| H. Cost of Optional Appearance Protection*<br>To: | $ 0.00 (H) | | |
| I. Cost of Optional GAP Addendum*<br>To: | $ 0.00 (I) | | |
| J. Government license and/or registration fees paid to public officials (describe):<br>LIC FEE | $ 137.00 (J) | | |
| K. Government Certificate of Title Fees paid to public officials | $ 0.00 (K) | | |
| L. Taxes (describe):<br>1To: For: | $ 0.00 (L1) | | |
| 2To: For: | $ 0.00 (L2) | | |
| M. Other charges* (identify who will receive payment and describe):<br>1To: Dealer For: Doc/Admin Fee | $ 115.00 (M1) | | |
| 2To: Dealer For: ELEC REG | $ 35.00 (M2) | | |
| 3To: For: | $ 0.00 (M3) | | |
| 4To: For: | $ 0.00 (M4) | | |
| 5To: For: | $ 0.00 (M5) | | |
| **Total Amount Paid to Others on Your Behalf (add A thru M5)** | | $ | 14,113.00 (3) |
| **4. Cost of Optional Debt Protection Paid to Eaglemark Savings Bank*** | | $ | 0.00 (4) |
| **5. Amount Financed (1+2+3+4)** | | $ | 14,113.00 (5) |

* Dealer/Seller and/or Lender and/or Others may retain, or receive, a portion of these amounts. You authorize the disbursement of funds as itemized above; with the exception of 3B, it is the Dealer's obligation to remit any funds itemized in Section 1, 2 and 3 above. You acknowledge that any down payment made to Dealer may also be used to pay, in whole or part, anything itemized above in Sections 1, 2 and 3.

## INSURANCE AND OPTIONAL PRODUCTS

**NOTICE: No person is required, as a condition of obtaining this loan, to purchase Credit Life and/or Disability Insurance, Tire and Wheel, Planned Maintenance, Theft Protection, Appearance Protection, Service Contracts, GAP Addendum or Debt Protection, or to purchase, or negotiate, any insurance through a particular insurance company, agent or broker.**

**Required Physical Damage Insurance.** Physical damage insurance is required, but You may obtain it from anyone You want who is acceptable to the Lender. If You choose to buy and finance this insurance through Lender, the cost of this insurance is shown in item 3B of the ITEMIZATION OF AMOUNT FINANCED section.

Insurance Company: ____________________

Telephone Number: ____________________

Term: ________ Months

$ 0.00 ____________ Deductible Collision and

$ 0.00 ____________ Deductible Comprehensive

(includes Fire, Theft and Combined Additional Coverage)

**OPTIONAL Protection Products and Service Contracts.** If You choose to buy and finance other OPTIONAL products or services the cost of coverage is shown in Section 3 of the ITEMIZATION OF AMOUNT FINANCED, specifically 3C for a Service Contract, 3D for Tire/Wheel, 3F for Planned Maintenance, 3G for Theft Protection, 3H for Appearance Protection, and 3M for Other. See Your protection/service contract(s) for details on the protection/service it provides.

**OPTIONAL Credit Life and/or Disability Insurance.** If You have chosen this protection, and if You finance this protection, the cost is shown in item 3E of the ITEMIZATION OF AMOUNT FINANCED section. Credit life insurance is based upon the payment schedule and term shown above. This protection may not pay all You owe on this Contract if You make late payments. Disability protection covers the original payment amount of the term shown in the TRUTH IN LENDING DISCLOSURES above. If You make late payments, disability protection will not pay all of Your payments. Please refer to the separate agreement for any chosen program for details on the protection it provides.

**OPTIONAL GAP Addendum.** If You choose to buy and finance a GAP Addendum, the cost is shown in item 3I of the ITEMIZATION OF AMOUNT FINANCED section. GAP is based upon the payment schedule and term shown above. This protection may not pay all You owe on this Contract if You make late payments. See Your GAP addendum for details on the protection it provides.

**OPTIONAL Debt Protection.** If You purchase and finance this product, the cost is shown in item 4 of the ITEMIZATION OF AMOUNT FINANCED section. See Your Debt Protection contract for details on the protection it provides.

**OPTIONAL Credit Life and/or Disability Insurance, GAP Addendum (Waiver), or Debt Protection.** Credit life and credit disability insurance, GAP Addendum, or Debt Protection are not required to obtain credit and will not be provided unless You sign for them and agree to pay the additional cost. Acknowledge by signing below. If You have chosen any of these protections, the cost is shown below. Please refer to the separate agreement for any chosen program for details on the protection it provides. No insurance will be in force until accepted by the product provider.

| TYPE | COST | Signature (To purchase) | Decline to Purchase (Initials) |
|---|---|---|---|
| Credit Life (Borrower/Co-Borrower) | $ 0.00 | I/we want Credit Life<br>X________ Borrower<br>X________ Co-Borrower | X________ Borrower<br>X________ Co-Borrower |
| Credit Life & Disability (Borrower/Co-Borrower) | $ 0.00 | I/we want Credit Life and Disability<br>X________ Borrower<br>X________ Co-Borrower | X DS [initials] Borrower<br>X________ Co-Borrower |
| Credit Disability (Borrower/Co-Borrower) | $ 0.00 | I/we want Credit Disability<br>X________ Borrower<br>X________ Co-Borrower | X________ Borrower<br>X________ Co-Borrower |
| GAP Addendum (Borrower only) | $ 0.00 | I want GAP Addendum<br>X________ Borrower | X DS [initials] Borrower |
| Debt Protection (Borrower/Co-Borrower) | $ 0.00 | I/we want Debt Protection<br>X________ Borrower<br>X________ Co-Borrower | X DS [initials] Borrower<br>X________ Co-Borrower |

**THE INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

## IMPORTANT SIGNATURES AND NOTICES

**NOTICE: See pages 3, 4 and 5 of this Contract for OTHER IMPORTANT AGREEMENTS**

**DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COMPLETED COPY OF THIS CONTRACT. IF YOU FAIL TO PERFORM YOUR OBLIGATIONS UNDER THIS CONTRACT, THE COLLATERAL MAY BE REPOSSESSED AND YOU MAY BE LIABLE FOR THE UNPAID INDEBTEDNESS EVIDENCED BY THIS CONTRACT.**

**YOU SIGNED THIS CONTRACT AND RECEIVED A COPY ON** May (Month) 26 (Day) 2017 (Year)

**THE ANNUAL PERCENTAGE RATE MAY BE NEGOTIATED WITH THE DEALERSHIP THAT SOLD YOU THE VEHICLE. WE MAY SHARE PART OF THE FINANCE CHARGE WITH THE DEALERSHIP THAT SOLD YOU THE VEHICLE.**

**The Borrower/Co-Borrower** are each jointly and severally liable for the entire obligation arising under this Contract.

**Other Owner:** An **Other Owner** is a person whose name is on the title to the Vehicle but does not have to pay the debt.

The **Co-Borrower** and/or **Other Owner** (if applicable) know that the Lender has a security interest in the property purchased in this Contract and consents to the security interest.

**NOTICE TO CO-BORROWER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**

**Federal regulations require Us to notify You that We may report information about Your account to credit bureaus. Late payments, missed payments or other defaults on Your account may be reflected in Your credit report.**

**BORROWER** signs below (DocuSigned by:)

**By: X** ____________________

Print name NICOLE KL[redacted]

**CO-BORROWER** signs below

**By: X** ____________________

Print name ____________________

**OTHER OWNER** signs below

**By: X** ____________________

**Other Owner** print name ____________________

**Other Owner** address ____________________

[redacted]