# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED [redacted]

| [redacted] | TITLE NUMBER | PROCESS DATE | SURVIVOR | REFERENCE NUMBER |
|---|---|---|---|---|
| | [redacted] | 070717 | Y/N | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | EQUIPMENT NO |
|---|---|---|---|---|---|
| 2012 | HD | MC | FLH | 1HD1KEM34CB628103 | |

OWNER/LESSEE

KLASSERT, NICOLE SUSANNE
ABRAHAMSEN, JONATHAN TODD
3665 PATTISON ST
EUGENE OR 97402

| ODOMETER READING | ODOMETER DATE |
|---|---|
| 20,432 | 05/26/17 |

ODOMETER MESSAGE

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

**USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.**

If there is no change in owners as shown above **AND** all security interest holders have released interest, **one registered owner must sign and date here,** if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST) X DATE

**To release interest in the vehicle, complete the reassignment on back of the title.**

SECURITY INTEREST HOLDER/LESSOR

EAGLEMARK SAVINGS BANK
9750 GOETHE RD CA
PO BOX 277940
SACRAMENTO CA 95827

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST X DATE

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST X DATE

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID IF ALTERED OR ERASED

VOID IF ALTERED OR ERASED

VOID WITHOUT CHAIN LINK WATERMARK

[redacted]

EXHIBIT B